374 F.2d 893
 George L. WARN, Appellant,
v.
BROOKS-SCANLON, INC., a corporation, Appellee.
 No. 21262.
 United States Court of Appeals Ninth Circuit.
 January 26, 1967.
 
 Appeal from the United States District Court for the District of Oregon; John F. Kilkenny, Judge.
 Marvin S. Nepom, Ben T. Gray, Portland, Or., for appellant.
 James V. Hurley, DeArmond, Goodrich, Gray, Fancher & Holmes, Bend, Or., for appellee.
 ORDER AFFIRMING
 Before CHAMBERS, HAMLEY and MERRILL, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment dismissing the action is affirmed for the reasons stated in the district court's opinion, Warn v. Brooks-Scanlon, Inc., D.C.Or., 256 F.Supp. 690.